```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :     CRIMINAL ACTION

         v.                       :

WILLIAM S. DAHL                   :     NO. 14-382
```

## ORDER

AND NOW, this 3rd day of December, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant William S. Dahl to suppress evidence (Doc. #27) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III_____
                                                                J.