```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA       :       CRIMINAL ACTION

       v.                     :

WILLIAM S. DAHL                :       NO. 14-382

ORDER

AND NOW, this 7th day of January, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant William S. Dahl to dismiss Count Six of the superseding indictment (Doc. #43) is GRANTED.[1]

BY THE COURT:

/s/ Harvey Bartle III
                 J.

---

1. The motion actually refers to Count Four of the original indictment. Since the filing of the motion, the Government has filed a superseding indictment. Count Four of the indictment is now Count Six of the superseding indictment.