# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 15-2537

USA v. William Dahl

(Originating Case No. 2-14-cr-00382-001)

**ORDER**

FILED
JUL 28 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: July 28, 2015
CJG/cc:    James J. McHugh, Jr., Esq.
           Brett G. Sweitzer, Esq.
           Robert A. Zauzmer, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.