Honorable Judge Harvey Bartle, III
U.S. District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA  19106

William Sean Dahl
Federal Register No. 71523-066
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

Re: Request for Compassionate Release

November 2, 2020

Honorable Judge Bartle,

    I ask that this letter be recognized as a request for compassionate release, pusuant to 18 U.S.C. 3582(c)(1)(A). I suppport this request as follows.

    Judge Bartle, I came before you several times in the course of my case. At all times I remained respectful to you and the court. I have admitted my crimes, and I listened as you gave me what amounts to a federal life sentence. As it goes now, I will get out when I am 80 years old. That is if I actually live that long. I understand that both you and Michelle Rotella have animus towards me, I get that. However, I see cases in this Circuit that are very similar to mine, and had a "hands on" crime. I gave two boys oral sex when I was 29 and they were 17. Yes I have a contact charge of feeling a 14 year old up over his clothes when he was asleep. Since then, have I had any hands on crimes...no. I did get hooked on internet porn in 1999. I admit that the sites were underage, but never to the extent my probation officer stated. Again Judge Bartle, I recognize my criminal actions, but I ask you to look at the totality of my case. Seriously, when I was remanded back to your court for a re-sentencing sans the "career" label, I expected to spend a lengthy prison sentence. What I still to this day cannot fathom, is how you can say that the number of 293 months was arrived at arbitrarily. It is the same sentence regardless of how it is painted.

1.

I come before you in letter form and ask for consideration of relief under the 18 U.S.C. 3582(c)(1)(A) Compassionate release statute. This COVID-19 scare is serious Your Honor. Yes, I am scared. My health is not great to begin with. I have had two major surgeries since I was incarcerated in 2013. I don't believe for a second that your intent was to sentence me to death.

The facts needed for a compassionate release are: (1) Extraordianry and Compelling circumstances to warrant a release from prison. I believe that the COVID-19 pandemic fits this bill. The FBOP is not able to stem the outbreaks among it's population. To make matters worse, they are still accepting prisoners from other locations. Yes, they are segregated at first, but throughout this whole ordeal I have yet to be tested, nor has any one I know. So, yes I do feel as though this situation falls under "extraordinary & compelling" reasons.

(2) The incarcerated person is not a danger to the safety of any other person or to the community. See USSG.13. This is the where the opposition to be release would come from. All I can say is this. At my sentencing you stated that I had been afforded every possible form of treatment. That is not true Sir. As you are aware I suffer from extreme PTSD, as well as chronic depression and anxiety. I am on many types of medications for them. I say this, no, I have asked the Court for placement in Delaware's Mental Health Court. This Court oversees each person weekly and is overseen by a mental health professional. There is literally no way to get over on them. Get this, I was told that sex offenders were not permitted. Really? The one tool I have asked continually for (See Dahl v. Johnston) was denied for a specific crime group. So Judge Bartle, I haven't been afforded all treatment. I would even be open to chemical castration. I have a place in Pennsylvania to live. I will be on disability and I would be regullarly reporting. Even poligraphs are welcome.

So, in closing I ask you to consider my release via compassionate release. I thank you in advance for your time and consideration.

I will await your ruling.

                                        Respectfully Submitted,

                                        */s/ William Sean Dahl*

                                        William Sean Dahl 71523-066



Name: William Sean Dahl
Register Number: 71523-066
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

LEGAL MAIL

U.S. District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106